**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-01573-PAB

CRAIG D. BUCKLEY,

    Plaintiff,

v.

WELD COUNTY DISTRICT COURT, in its official capacity,
WELD COUNTY COURT, in its official capacity,
KENNETH R. BUCK, Weld County District Attorney, in his individual capacity,
STEVEN D. WRENN, Weld County Chief Deputy District Attorney, in his individual capacity,
SARAH J. BOUSMAN, Weld County Deputy District Attorney, in her individual capacity,
KEITH OLSON, Weld County DA Chief Investigator, in his individual capacity,
DANIEL T. GOODWIN, Equity Partner, Donelson, Cianco & Grant, P.C., in his personal capacity,
JACQUES RUDA, Equity Partner, Girsh & Rottman, P.C., in his personal capacity,
JOHN W. SUTHERS, Colorado Attorney General, in his individual capacity,
MATTHEW D. GROVE, Assistant Attorney General, in his individual capacity,
JOHN B. COOKE, Weld County Sheriff, in his individual capacity,
JAMES F. HARTMANN, Chief Judge Weld County District Court, in his individual capacity,
MICHELE MEYER, Weld County Court Judge, in her individual capacity,
GARY BARBOUR, Frederick Co Police Chief, in his individual capacity,
GREGG GLOTSPEICH, Frederick Co Police Sergeant, in his individual capacity,
STEVE WALJE, Frederick Co Police Officer, in his individual capacity,
ERIN AUSTIN, Weld County Probation Officer, in her individual capacity,
DONNA DELUCA, Boulder County Probation Officer, in her individual capacity, and
WALTER CZAPRAN, Boulder County Probation Officer Supervisor, in his individual capacity,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 5] of Judge Philip A. Brimmer entered on June 17, 2013 it is

**ORDERED** that Plaintiff's Unopposed Emergency Motion for Temporary Restraining Order and Preliminary Injunction [Docket No. 3] is **DENIED**. It is

**FURTHER ORDERED** that plaintiff's complaint is dismissed without prejudice.

Dated at Denver, Colorado this 19th day of June, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk